1  LYNN HUBBARD, III (CA SBN 69773)
   SCOTTLYNN J. HUBBARD, IV (CA SBN 212970)
2  **DISABLED ADVOCACY GROUP, APLC**
   12 Williamsburg Lane
3  Chico, California 95926
   Telephone: 530-895-3252
4  Facsimile: 530-894-8244
   usdcso@hubslaw.com
5
   Attorneys for Plaintiff
6

7

8                     UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 A. J. OLIVER,                          Case No.  08cv1105 WQH (RBB)

12                Plaintiff,              **JOINT MOTION for
                                          EXTENSION of TIME for
13     v.                                 DEFENDANTS to FILE a
                                          RESPONSIVE PLEADING to
14 JACK IN THE BOX, INC., et al.,         PLAINTIFF'S COMPLAINT**

15                Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLEASE TAKE NOTICE** that Plaintiff A.J. Oliver ("Plaintiff") and Defendants Jack in the Box, Inc. dba Jack in the Box #63 and The Max Firstenberg Weinstock Family, LLC (collectively, "Defendants") hereby jointly move the Court for an Order allowing Defendants an extension of time in which to file a responsive pleading to Plaintiff's Complaint up to and including July 30, 2008.

This extension request is not being submitted for the purpose of undue delay or for any improper purpose and will not impact any existing scheduling dates.

DateD:  July 9, 2008

By: _/s/ Lynn Hubbard, III_
Lynn Hubbard, III
(SBN 69773)
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

By: _/s/ James W. Stubblefield_
James W. Stubblefield
(SBN 164284)
JACK IN THE BOX, INC.
9330 Balboa Avenue
San Diego, CA  92123
Telephone: (858) 571-2439
Facsimile: (858) 694-1556

Attorney for Defendants