1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN, 212970
2  **DISABLED ADVOCACY GROUP, APLC**
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:   (530) 895-3252
4  Facsimile:    (530) 894-8244

5  Attorneys for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11  A.J. OLIVER,                          Case No. 08cv1105 WQH (RBB)

12        Plaintiff,

13        vs.                             **NOTICE OF VOLUNTARY**

14  JACK IN THE BOX, INC. dba JACK        **DISMISSAL**
    IN THE BOX #63; THE MAX
15  FIRSTENBERG WEINSTOCK
    FAMILY, LLC,
16
17        Defendants.
18  _____/

19

20

21

22

23

24

25

26

27

28

Notice of Voluntary Dismissal                              *Oliver v.Jack in the Box*
                                                           08cv1105 WQH (RBB)

1 | TO THE COURT AND ALL PARTIES:

2 |     Plaintiff, A J OLIVER, hereby requests that pursuant to FRCP 41 (a)(1), the
3 | Court dismiss the above entitled action, with prejudice, **as to Defendant MAX**
4 | **FIRSTENBERG WEINSTOCK FAMILY TRUST, LLC,** *only*.

5 |     Nothing in this request shall be construed to affect Plaintiff's complaint and
6 | claims in the above referenced case against Defendants other than Defendant **MAX**
7 | **FIRSTENBERG WEINSTOCK FAMILY TRUST, LLC,** *only*.

9 | Dated: July 29, 2008          DISABLED ADVOCACY GROUP, APLC

11 |                                       */s/ Lynn Hubbard, III, Esquire*
12 |                                       LYNN HUBBARD, III