| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| LYNN HUBBARD III, Bar #69773<br>DISABLED ADVOCACY GROUP, APLC<br>12 WILLIAMSBURG LANE<br>Chico, CA 95926<br>Telephone No: 530 895-3252    FAX No: 530 894-8244 | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>OLIVER v. JACK IN THE BOX |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Eastern District Of California

Plaintiff: A.J. OLIVER
Defendant: JACK IN THE BOX, INC., et al.

| PROOF OF SERVICE<br>SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08 CV 1105 WQH RBB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; PLAINTIFF'S COMPLAINT

3. a. Party served:           JACK IN THE BOX, INC. dba JACK IN THE BOX #63
   b. Person served:          Racheal Reves, person authorized by the Agent to accept service for the Party in item 3.a..

4. Address where the party was served:     THE CORPORATION COMPANY
                                            1232 Q Street
                                            1st Floor
                                            Sacramento, CA 95814

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jun. 25, 2008 (2) at: 1:00PM

7. Person Who Served Papers:                       Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jenice Rossner                               d. The Fee for Service was:    $33.00
   b. ALL PRO ATTORNEY SERVICES                    e. I am: (3) registered California process server
      2410 FAIR OAKS BOULEVARD                         (i)   Independent Contractor
      SUITE 125                                        (ii)  Registration No.:    98-02
      Sacramento, CA 95825                             (iii) County:              Sacramento
   c. (916) 974-7421, FAX (916) 974-7442               (iv)  Expiration Date:     Sun, Jan. 03, 2010

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Fri, Jun. 27, 2008

Judicial Council Form                 PROOF OF SERVICE                (Jenice Rossner)
Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS                                           dog.43370