| Attorney or Party without Attorney: <br> LYNN HUBBARD III, Bar #69773 <br> DISABLED ADVOCACY GROUP, APLC <br> 12 WILLIAMSBURG LANE <br> Chico, CA 95926 <br> Telephone No: 530 895-3252    FAX No: 530 894-8244 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: <br> OLIVER v. JACK IN THE BOX |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Eastern District Of California

Plaintiff: A.J. OLIVER

Defendant: JACK IN THE BOX, INC., et al.

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 08 CV 1105 WQH RBB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; PLAINTIFF'S COMPLAINT

3. a. Party served:    JACK IN THE BOX, INC. dba JACK IN THE BOX #63
   b. Person served:    Racheal Reves, person authorized by the Agent to accept service for the Party in item 3.a..

4. Address where the party was served:    THE CORPORATION COMPANY
   1232 Q Street
   1st Floor
   Sacramento, CA 95814

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jun. 25, 2008 (2) at: 1:00PM

7. *Person Who Served Papers:*
   a. Jenice Rossner
   b. **ALL PRO ATTORNEY SERVICES**
      2410 FAIR OAKS BOULEVARD
      SUITE 125
      Sacramento, CA 95825
   c. (916) 974-7421, FAX (916) 974-7442

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $33.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 98-02
      (iii) County: Sacramento
      (iv) Expiration Date: Sun, Jan. 03, 2010

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Fri, Jun. 27, 2008

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE SUMMONS

*(signature)* (Jenice Rossner)

dag.43370