```
 1  LYNN HUBBARD, III, SBN 69773
    SCOTTLYNN J HUBBARD, IV, SBN 212970
 2  DISABLED ADVOCACY GROUP, APLC
    12 WILLIAMSBURG LANE
 3  CHICO, CA. 95926
    (530) 895-3252
 4
    Attorneys for Plaintiff
 5
```

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. OLIVER, | Case No. 08-cv-01105-WQH-(RBB) |
| Plaintiff, | |
| vs. | **NOTICE OF WITHDRAWL OF DOCUMENT** |
| JACK IN THE BOX, INC. dba JACK IN THE BOX #63; THE MAX FIRSTENBERG WEINSTOCK FAMILY, LLC, | |
| Defendants. | |

It has come to Plaintiff's attention that a document has been duplicated. We respectfully submit a request to the Court to disregard document #10. Plaintiff's counsel apologizes for any confusion.

Dated: August 18, 2008            DISABLED ADVOCACY GROUP, APLC

/s/   Lynn Hubbard III
LYNN HUBBARD, III
Attorney for Plaintiff

*Oliver v. Jack in the Box* 08cv01105 WQH (RBB)
Notice of Withdrawal of Document