Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. Oliver,<br><br>    Plaintiff,<br><br>    vs.<br><br>Jack in the Box, Inc., et al.,<br><br>    Defendant. | Case No. 08cv1105 WQH (RBB)<br><br>**Notice of Settlement** |

NOTICE IS HEREBY GIVEN that the aforementioned matter known as *Oliver v. Jack in the Box, Inc., et al.,* Case No. 08cv1105 WQH (RBB), has been resolved. The parties anticipate filing a Joint Motion for Dismissal within four weeks.

Dated: August 28, 2008          DISABLED ADVOCACY GROUP, APLC


                                 /s/ Lynn Hubbard, Esquire              /
                                LYNN HUBBARD, III
                                Attorney for Plaintiff

*Feezor v. Coastline Food Services Corp.*, et al., 08cv0034 W (RBB)
Notice of Settlement

Page 1

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF BUTTE

I, Lynn Hubbard, III, am over the age of 18 years and not a party to the within action; my business address is 12 Williamsburg Lane, Chico, Butte County, California 95926.

On August 28, 2008, I caused the document(s) described as:

**Notice of Settlement**

to be served on the parties in case number 08cv1105 WQH (RBB) as follows:

*On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above referenced case caption.*

The following is a procedure in which service of this document was effected:

(xx) ELECTRONIC FILING – I caused a true copy of the above referenced document to be filed by Notice of Electronic Filing generated by the Court's CM/ECF filing system, pursuant to the Court's Local Rules, to the addressee or addresses listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: August 28, 2008          /s/ Lynn Hubbard, III
                                Lynn Hubbard